# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
## Spokane

**USA v. LUKE MICHAEL SERVAS**          Case No.   **2:24-CR-00042-TOR-1**

**Initial Appearance and Arraignment on Indictment:**          **03/21/2024**

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy | ☒ | Shaw Lowry/Dan Fruchter, US Atty |
| ☒ | Patrick Dennis, US Probation / Pretrial Services Officer | ☒ | Ryan Farrell, Defense Atty |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☒ | Interpreter **NOT REQUIRED** |
| | | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Indictment reviewed in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is LUKE MICHAEL SERVAS.
  Defendant was advised of his/her rights and the allegations contained in the Indictment.
  "Not guilty" plea entered.
  Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

  Government is not seeking detention but requests the standard and special conditions of release outlined in the Pretrial Services Report (ECF No. 8)

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Conditions of release imposed upon Defendant which were read to him/her in Court. Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana
- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer
- Advise Pretrial Services, the Court, and attorney, in writing, prior to any change in residence or phone number
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship, or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- May not consume any alcohol whatsoever
- May not obstruct or attempt to obstruct or tamper with substance abuse testing
- Remain in Eastern District of Washington and/or Idaho while case is pending unless receive permission in advance to travel outside of district
- Avoid all contact, direct or indirect, with any witness or victim in case, to include codefendants
- Reside at residence approved by Pretrial Services (ABHS) and notify Pretrial Services within 24 hours of any change in address, phone number or employment

Special Conditions:

- Submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.
- Maintain employment, or, if unemployed, actively seek employment.
- No contact with witnesses. With regard to the defendant's spouse, who is a witness, the defendant may have contact with her but may not discuss the case.
- No sale/transfer/liquidation of assets more than $1,000 without USPO approval.
- No new debts or lines of credit in excess of $1000 without USPO approval.
- Do not engage in any form of employment that would allow access to financial information to include: personal identifiers, credit and/or bank account information pertaining to any individual or entity.