# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 09, 2024**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Servas, Luke Michael | Docket No. | 0980 2:24CR00042-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Richard Law, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Luke Michael Servas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 21st day of March 2024 under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless or whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 29, 2024, a U.S. probation officer reviewed the conditions of pretrial release supervision with Mr. Servas. Mr. Servas acknowledged an understanding of the release conditions at that time.

**Violation #1:** Michael Servas is alleged to have violated the conditions of pretrial release supervision by ingesting amphetamine/Adderall on or about March 29, 2024.

On March 29, 2024, Mr. Servas provided a urine specimen at the U.S. Probation Office that yielded initial positive findings for methamphetamine. Said specimen was confirmed positive for amphetamine at the contract lab. On April 1, 2024, Mr. Servas contacted the U.S. Probation Office and admitted to taking Adderall.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   April 8, 2024 |
| | by | s/Richard Law |
| | | Richard Law<br>Supervisory U.S. Pretrial Services Officer |

PS-8
Re: Servas,, Luke Michael
April 8, 2024
Page 2

THE COURT ORDERS

[ X ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]    Defendant to appear before the Judge assigned to the case.
[   ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

_____
Signature of Judicial Officer

4/9/24
_____
Date