UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Luke Michael Servas,<br><br>　　　　　　　　Defendant. | NO: 2:24- -CR- 0042 -TOR<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

　　　My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of 5/15/2024 to a date no later than 08/26/2024 for the following reasons pursuant to 18 U.S.C. § 3161:

The defendant, counsel and our investigators need additional time to review discovery.

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Defendant

Date: _____24 April 2024_____

I have read this form and discussed its contents with my client.

_____
Counsel for Defendant

Date: __4/29/2024__

I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice nor personal opinions.

_____N/A_____
Interpreter

Date: _____

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 2