FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LUKE MICHAEL SERVAS,<br><br>　　　　　　　Defendant. | NO: 2:24-CR-0042-TOR-1<br><br>ORDER GRANTING MOTION TO WITHDRAW AND REFERRING TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL |

BEFORE the Court is Defendant's Counsel's *Ex Parte* Motion to Withdraw. ECF No. 24.  This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.  The Court has reviewed Defendant's financial affidavit filed at ECF No. 14 and determines that he is eligible for Court appointed counsel.  For good cause shown, the motion to withdraw is granted.

//

//

ORDER GRANTING MOTION TO WITHDRAW AND REFERRING TO
MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Counsel's *Ex Parte* Motion to Withdraw, ECF No. 24, is **GRANTED**.

2. This case is referred to Magistrate Judge James A. Goeke for the appointment of new counsel.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to Magistrate Judge James A. Goeke.

**DATED** April 30, 2024.



THOMAS O. RICE
United States District Judge